1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN GULSETH
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8923
       Facsimile:  (415) 744-0134
7      E-Mail: geralyn.gulseth@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12

13 TAMMY BROWN,                    )
                                   )   CIVIL NO. S-06-2382-GGH
14     Plaintiff,                  )
                                   )
15         v.                      )   STIPULATION AND ORDER
                                   )
16 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
17 Social Security,                )
                                   )
18     Defendant.                  )
   _____)

19

20     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have a (first) extension of time of 30 days to file his answer. The

22 current due date is May 29, 2007.  The new due date will be June 19, 2007

23     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

24

25                                 Respectfully submitted,

26 Dated: May 24, 2007             /s/ *bess brewer*
                                   (As authorized via facsimile 5/24/07)
27                                 BESS BREWER

28                                 Attorney for Plaintiff

| | |
|---|---|
| Dated: May 24, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/*geralyn gulseth*<br>GERALYN GULSETH<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

| | |
|---|---|
| DATED: 5/31/07 | /s/ Gregory G. Hollows<br>_____<br>GREGORY G. HOLLOWS<br>UNITED STATES MAGISTRATE JUDGE |

brown.ord2